### TEXAS CO. v. NATIONAL LABOR RELATIONS BOARD.

#### No. 9349.

Circuit Court of Appeals, Fifth Circuit.

June 19, 1940.

Rehearing Denied Aug. 7, 1940.

Oscar John Dorwin, of New York City, and James H. Pipkin, of Houston, Tex., for petitioner.

W. A. Combs, of Houston, Tex., for intervener.

Charles Fahy, Gen. Counsel, National Labor Relations Board, and Robert B. Watts, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., and Warren Woods, Regional Attorney, of Atlanta, Ga., for respondent.

Before FOSTER, HUTCHESON, and HOLMES, Circuit Judges.

FOSTER, Circuit Judge.

This is a petition to review and set aside an order of the National Labor Relations Board.

The order was entered on complaints filed by locals Nos. 228 and 367 of the Oil Workers International Union, charging, in substance, that the Texas Company had encouraged, promoted and dominated certain company unions at its Galena Park (Houston) and Port Neches refineries, and had interfered with, discriminated against and sought to coerce its employees who were under the jurisdiction of the said locals, in violation of the National Labor Relations Act, 29 U.S.C.A. § 151 et seq.

After a hearing the Board entered the usual order to cease and desist in respect of Employee Representation Plan and Employees Brotherhood of the Texas Company.

The Board further ordered that the complaint as to the Houston Works Employees Federation of the Texas Company be dismissed. At the hearing before us the above designated locals were permitted to intervene to contest that part of the order.

The record is lengthy but we see no necessity to further review it. It is sufficient to say we find sufficient substantial evidence in the record to support the Board's conclusions and order.

The petition is dismissed and a decree will be entered enforcing the order of the Board.